■ In the Matter of CHARLES L. WEISSMAN, Petitioner, against FRANCIS W. H. ADAMS, as Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent and the petition dismissed. No opinion. Concur — Botein, J. P., Rabin, Cox, Valente and Bergan, JJ.

■ In the Matter of the Probate of the Will of HANNAH EPSTEIN, Deceased. REBECCA SACKS et al., Appellants; STELLA E. GROSSMAN, Respondent.— Decree unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Cox, Valente and Bergan, JJ.

■ In the Matter of the Accounting of the HANOVER BANK, Respondent, as Substituted Trustee under the Will of JOHN SLATER, Deceased. ELLIOTT R. MAY, as Executor of CECELIA L. A. SLATER, Deceased, Appellant-Respondent; MARIAN S. KEATING, Respondent-Appellant.— Decree unanimously affirmed, with costs to all parties appearing and filing briefs herein payable out of the estate. No opinion. (See *Matter of Englis,* 1 A D 2d 870.) Leave to appeal to the Court of Appeals granted only insofar as the appeal of the respondent-appellant-respondent Elliott R. May, etc. is concerned. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

## SECOND DEPARTMENT, OCTOBER, 1956

### (October 1, 1956)

■ In the Matter of CRITERION PORTER & WINDOW CLEANING SERVICE CORPORATION, Petitioner, against SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF KINGS, et al., Respondents.— Application by respondents, pursuant to section 1293 of the Civil Practice Act to dismiss the petition granted, with $10 costs and disbursements. The petition does not state facts sufficient to justify the granting of the relief sought. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.

■ JENNIE AMALFITANO, Respondent, v. ANTHONY AMALFITANO, Appellant. — Order insofar as it denies appellant's motion to cancel or reduce the alimony required to be paid by him to respondent pursuant to a judgment of separation affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld JJ., concur.